THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEREMIAH BOURGEOIS,

                    Plaintiff,

     v.

BERNANRD WARNER, et al.,

                   Defendant.

CASE NO. C13-1070-JCC

ORDER GRANTING PETITIONER'S
MOTION TO DISMISS

This matter comes before the Court on Petitioner's motion to voluntarily dismiss his habeas petition (Dkt. No. 29). The Court, having reviewed the habeas petition, motion to dismiss, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's motion to dismiss his federal habeas petition (Dkt. No. 29) is GRANTED.

(3) Petitioner's petition and his action are DISMISSED with prejudice.

(4) The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable James P. Donohue.

     //

     //

1    DATED this 20th day of April 2015.

2

3

4

5

6

7

8        John C. Coughenour
         UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING PETITIONER'S MOTION
TO DISMISS
PAGE - 2